# United States Court of Appeals
## For the First Circuit

———————————————

No. 16-2419

BHARANIDHARAN PADMANABHAN, MD PHD

Plaintiff - Appellant

v.

ROBERT SWEENEY

Defendant - Appellee

———————————————

**MANDATE**

Entered: March 20, 2017

In accordance with the judgment of February 23, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Alan D Meyerson
Bharanidharan Padmanabhan